NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-513

STATE OF LOUISIANA

VERSUS

CALVIN BELAIRE

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 00-203625
HONORABLE PAUL JOSEPH DEMAHY, DISTRICT JUDGE

**********

**ELIZABETH A. PICKETT**
**JUDGE**

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**William R. Campbell, Jr.**
**Louisiana Appellate Project**
**700 Camp Street**
**New Orleans, LA 70130**
**(504) 528-9500**
**Counsel for Defendant/Appellant:**
    **Calvin Belaire**

**Hon. J. Phillip Haney**
**District Attorney**
**Thomas C. Senette**
**Assistant District Attorney**
**St. Mary Parish Courthouse, 5th Floor**
**Franklin, LA 70538**
**(337) 828-4199, Ext. 550**
**Counsel for State/Appellee:**
    **State of Louisiana**